NO-JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON RAMIREZ,<br><br>           Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>           Defendants. | Case No.<br>EDCV 13-00595 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 8, 2013

                                        JESUS G. BERNAL
                                  United States District Judge