JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON RAMIREZ, | Case No. |
| Plaintiffs, | EDCV 13-00595-JGB(DTBx) |
| v. | **JUDGMENT** |
| NATIONSTAR MORTGAGE, LLC, ET AL | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: July 11, 2013

_____
JESUS G. BERNAL
United States District Judge

JS-6